ACCEPTED
06-15-00017-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
8/25/2015 2:49:30 PM
DEBBIE AUTREY
CLERK

No. 06-15-00017-CV

IN THE COURT OF APPEALS FOR THE
SIXTH DISTRICT OF TEXAS
AT TEXARKANA

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
8/25/2015 2:49:30 PM
DEBBIE AUTREY
Clerk

_____

**BILLY FITTS and FREIDA FITTS,**
**Appellants,**
v.
**MELISSA RICHARDS-SMITH, THE LAW FIRM OF GILLAM & SMITH, LLP,**
**E. TODD TRACY, and THE TRACY FIRM, Attorneys at Law,**
**Appellees.**

_____

**On Appeal from the 71st District Court of Harrison County, Texas**
**Trial Court Cause No. 14-0150**

_____

**UNOPPOSED MOTION FOR EXTENSION OF TIME**
**TO FILE REPLY BRIEF OF APPELLANTS**

TO THE HONORABLE COURT OF APPEALS:

NOW COMES, Billy Fitts and Freida Fitts, Appellants herein, and pursuant to Tex. R. App. P. 10.5(b) and 55.7, files this Unopposed Motion for Extension of Time to File Reply Brief of Appellants, and as grounds therefor, would respectfully show this Honorable Court the following:

1. Respondents' Reply Brief is currently due on Thursday, August 27, 2015. Appellants request an extension of twelve (12) days from that date to file their Reply Brief, thereby extending the deadline to Tuesday, September 8, 2015 to file Appellants' Brief and would respectfully show that the facts relied upon to reasonably explain the need for an extension are as follows:

1

(a)     Since the appeal was commenced, a significant amount of the undersigned attorney's time has been and will be consumed by the following:

- Ms. Rames is appellate counsel for Appellees in *Michele Schols v. Michell Anne Kimball and Kimball-Hicks Partnership* currently pending in the Fifth Court of Appeals, Dallas, Texas, Case No. 05-15-00443-CV. Appellees' brief was completed August 19, 2015.

- Ms. Rames is counsel for Plaintiffs in *HostingXtreme Ventures v. Bespoke Group, et al.*, in the United States District Court for the Northern District of Texas, Case No. 3:14-cv-01471-M. A considerable amount of time has been spent on the matter over the past two weeks and a considerable amount of time will be spent on the matter in the next month to include depositions and hearings.

2.     No prior extensions have been requested or granted to Appellants for their Reply Brief.

3.     This motion is not filed for delay purposes and will not prejudice Appellees.

4.     CERTIFICATE OF CONFERENCE: On August 11, 2015, the undersigned counsel for Appellants conferred with counsel for Appellees, Wade Crosnoe and Lindsay Nutt, concerning this motion, and the motion is unopposed.

Appellants Billy Fitts and Freida Fitts respectfully pray that this Court grant an extension of time of twelve (12) days for filing Appellants' Brief until Tuesday, September 8, 2015.

Respectfully submitted,


/s/ Lindsey M. Rames
LINDSEY M. RAMES
State Bar No. 24072295
RAMES LAW FIRM, P.C.
Texas Bar No. 24072295
5661 Mariner Drive
Dallas, TX 75237
Telephone: 214.884.8860
Facsimile:  888.482.8894
Email: lindsey@rameslawfirm.com

CARTER L. HAMPTON
State Bar No. 08872100
HAMPTON & ASSOCIATES, P.C.
1000 Houston Street, Fourth Floor
Fort Worth, TX 76102
Telephone: 817.877.4202
Facsimile:  817.877.4204
Email: clhampton@hamptonlawonline.com

**ATTORNEYS FOR APPELLANTS**


**CERTIFICATE OF SERVICE**

I, Lindsey M. Rames, the undersigned attorney, does hereby certify that the foregoing UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF OF APPELLANTS was served upon counsel for all Appellees via electronic service on August 25, 2015.


/s/ Lindsey M. Rames
LINDSEY M. RAMES